| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Otazo-Reyes, Alicia M. | 2. Court or Organization U.S. District Court, Southern District of Florida | 3. Date of Report 08/22/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge - Full time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address 301 N. Miami Avenue, 10th Floor Miami, Florida 33128 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Former law firm Legon Ponce & Fodiman P.A. 401(K) Profit Sharing Plan (Funds transferred to Merrill Lynch IRA on 9/17/2013) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 08/22/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 08/22/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 08/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | M | T | | | | | |
| 2. Capital One 360 Account f/k/a Ing Direct Account | A | Interest | M | T | | | | | |
| 3. Merrill Lynch IRA | E | Int./Div. | O | T | | | | | |
| 4. - Accelerated Return Note indexed to R2000; issuer Deutsche Bank | | | | | Buy | 09/26/13 | K | | |
| 5. - Accelerated Return Note indexed to SP500; issuer Bank of America | | | | | Buy | 09/26/13 | K | | |
| 6. - Accelerated Return Note indexed to SX5E; issuer Credit Suisse | | | | | Buy | 09/26/13 | K | | |
| 7. - Allianz NFJ Int'l MF n/k/a Allianzgi NFJ Int'l Value MF | | | | | | | | | |
| 8. - American Fundamental MF | | | | | | | | | |
| 9. - Intech Risk Managed MF n/k/a Janus Intech US Value MF | | | | | | | | | |
| 10. - Loomis Sayles Investment MF | | | | | | | | | |
| 11. - Loomis Sayles Strategic MF | | | | | | | | | |
| 12. - American Century MF | | | | | Sold (part) | 02/15/13 | J | | |
| 13. | | | | | Sold | 09/06/13 | K | | |
| 14. -Blackrock Eqyy Divident MF | | | | | Buy | 09/06/13 | K | | |
| 15. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 16. - Dreyfus Appreciation FD MF | | | | | Sold (part) | 02/15/13 | J | | |
| 17. | | | | | Buy (add'l) | 09/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 08/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 19. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 20. - Eaton Vance Floating MF | | | | | Buy | 02/15/13 | J | | |
| 21. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 22. - Federated Strategic MF | | | | | Sold | 02/15/13 | J | B | |
| 23. - Ivy Asset Strategy MF | | | | | Buy (add'l) | 02/15/13 | J | | |
| 24. | | | | | Sold (part) | 09/18/13 | J | | |
| 25. | | | | | Sold (part) | 09/24/13 | J | | |
| 26. - John Hancock Classic MF | | | | | Buy | 09/06/13 | J | | |
| 27. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 28. - JP Morgan Mortgage MF | | | | | Buy | 09/06/13 | K | | |
| 29. | | | | | Sold | 09/18/13 | K | | |
| 30. - JP Morgan Strategic MF | | | | | Buy | 09/18/13 | J | | |
| 31. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 32. - Mainstay Large Cap MF | | | | | Sold (part) | 02/15/13 | J | | |
| 33. | | | | | Buy (add'l) | 09/06/13 | K | | |
| 34. | | | | | Sold (part) | 09/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 08/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/24/13 | K | | |
| 36.    - Mainstay Marketfield MF | | | | | Buy | 09/18/13 | J | | |
| 37. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 38.    - MFS Value FD CL I MF | | | | | Buy | 02/15/13 | K | | |
| 39. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 40. | | | | | Sold (part) | 09/18/13 | J | | |
| 41. | | | | | Buy (add'l) | 09/24/13 | K | | |
| 42.    - Permanent Portfolio Fund MF | | | | | Buy (add'l) | 09/18/13 | J | | |
| 43. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 44.    - PIMCO Real Return MF | | | | | Buy | 09/06/13 | J | | |
| 45. | | | | | Sold | 09/18/13 | J | | |
| 46.    - Pioneer Strategic MF | | | | | Sold (part) | 02/15/13 | J | | |
| 47. | | | | | Sold (part) | 09/06/13 | J | | |
| 48. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 49. | | | | | Buy (add'l) | 09/24/13 | K | | |
| 50.    - Prudential Short Term MF | | | | | Sold (part) | 02/15/13 | J | | |
| 51. | | | | | Sold (part) | 09/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 08/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/18/13 | J | | |
| 53. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 54.   - The Oakmark Select Fund MF | | | | | Buy (add'l) | 02/15/13 | J | | |
| 55. | | | | | Sold | 09/06/13 | K | D | |
| 56.   - TCW Total Return MF | | | | | Sold (part) | 02/15/13 | J | | |
| 57. | | | | | Sold | 09/06/13 | K | | |
| 58.   - Wellsfargo Adv Small Cap MF | | | | | Sold (part) | 02/15/13 | J | | |
| 59. | | | | | Sold (part) | 09/18/13 | J | | |
| 60. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 61.   John Hancock 401K | None | | | | Sold | 05/24/13 | M | E | |
| 62.   - John Hancock Stable Val. MF | | | | | | | | | |
| 63.   - PIMCO Total Return MF | | | | | | | | | |
| 64.   - T. Rowe Price Spectrum Inc. MF | | | | | | | | | |
| 65.   - American Balanced Fund MF | | | | | | | | | |
| 66.   - Washington Mutual Investors MF | | | | | | | | | |
| 67.   - Davis New York Venture MF | | | | | | | | | |
| 68.   - The Growth Fund of America MF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 08/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Transamerica 401K | | None | | | Buy | 05/24/13 | M | | |
| 70. | | | | | Sold | 09/17/13 | M | C | |
| 71. - Transamerica Stable Value Focus Account | | | | | | | | | |
| 72. - Prudential Total Return Bond Ret Acct | | | | | | | | | |
| 73. - Blackrock Global Allocation Ret Acct | | | | | | | | | |
| 74. - INVESCO Diversified Dividend Ret Acct | | | | | | | | | |
| 75. - MFS Massachusetts Investors Ret Acct | | | | | | | | | |
| 76. - Ridgeworth Large Cap Growth Ret Acct | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 08/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts
Line 61 - John Hancock 401K
Column B - Income During Reporting Period
Plan did not track income.

Part VII - Investments and Trusts
Lines 69-70 - Transamerica 401K
Column B - Income During Reporting Period
Plan did not track income.

Part VII - Investments and Trusts
Lines 4-6 - Accelerated Return Notes
Column D(1)-D(3) Transactions during Reporting Period
Acquisitions inadevertently omitted from filed 2013 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alicia M. Otazo-Reyes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544